# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. SALCEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GRAIN & FOODS, LLC,<br><br>    Defendant. | Case No. 1:22-cv-00640-ADA-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE REQUEST FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF ACTION<br><br>FIVE DAY DEADLINE |

Sandra L. Salcedo ("Plaintiff") filed this putative class and collective action on May 27, 2022, against Defendant Pacific Grain & Foods, LLC. (ECF No. 1.) A summons was first returned executed on June 3, 2022. (ECF No. 4.) Service may not proper or otherwise, as a second summons was returned on August 4, 2022, proffering service was completed on that date. (ECF No. 5.) On August 24, 2022, the Court continued the scheduling conference then set for August 31, 2022, until October 4, 2022, to allow for a responsive pleading to be filed. (ECF No. 6.) No responsive pleading has been filed, nor a request for entry of default.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall either file a request for entry of default on the non-responding Defendant, a stipulation extending the time to respond and request to continue the conference, or some other notice regarding the status of this action regarding readiness to proceed into the scheduling conference.

IT IS SO ORDERED.

Dated:   **September 16, 2022**

UNITED STATES MAGISTRATE JUDGE