# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. SALCEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GRAIN & FOODS, LLC,<br><br>    Defendant. | Case No. 1:22-cv-00640-ADA-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 6, 7, 8, 9) |

    Sandra L. Salcedo ("Plaintiff") filed this putative class and collective action on May 27, 2022, against Defendant Pacific Grain & Foods, LLC. (ECF No. 1.) A summons was first returned executed on June 3, 2022. (ECF No. 4.) A second summons was returned on August 4, 2022, proffering service was completed on that date. (ECF No. 5.) On August 24, 2022, the Court continued the scheduling conference then set for August 31, 2022, until October 4, 2022, to allow for a responsive pleading to be filed. (ECF No. 6.) As no responsive pleading was filed, on September 16, 2022, the Court ordered Plaintiff to file a status report. (ECF No. 8.)

    On September 19, 2022, Plaintiff filed a status report indicating that on September 7, 2022, Plaintiff sent a letter by certified mail to Defendant's registered agent giving them one more opportunity to appear in this action. (ECF No. 9.) The letter notified Defendant if they did not appear by September 19, 2022, Plaintiff would seek default. Recognizing potential issues with seeking default judgment in a class action, Plaintiff states she prefers to encourage

1

Defendant to appear.  The deadline to do so has expired, and Plaintiff states they will begin the process of requesting entry of default, and also briefing the issue of whether a class and PAGA default is possible.

The Court finds it appropriate to continue the scheduling conference approximately forty-five (45) days from today, to allow for Defendant to appear, or for appropriate default paperwork to be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for October 4, 2022, is CONTINUED to **November 8, 2022, at 9:30 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference

IT IS SO ORDERED.

Dated:   **September 20, 2022**

_____
UNITED STATES MAGISTRATE JUDGE