# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. SALCEDO,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GRAIN & FOODS, LLC,<br><br>    Defendant. | Case No. 1:22-cv-00640-ADA-SAB<br><br>ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO CERTIFY CLASS AND RESETTING MATTER FOR MAGISTRATE JUDGE STANLEY A. BOONE<br><br>(ECF Nos. 12, 20) |

Plaintiff initiated this action on May 27, 2022. (ECF No. 1.) On November 1, 2022, Plaintiff filed a motion to certify class, which is currently set for hearing on December 12, 2022. (ECF No. 12.)

On November 23, 2022, the parties filed a stipulated request to continue the hearing on the motion to certify the class and to extend the briefing deadlines. (ECF No. 20.) The parties proffer they are currently conferring and considering whether to attend mediation to save time and costs. They seek the aforementioned continuance to permit time to complete these discussions and proffer that they will notify the Court no later than December 13, 2022 as to whether a mediation is scheduled. The Court finds good cause exists to approve the stipulated request in this matter. Furthermore, the class certification motion shall be reset before Magistrate Judge Stanley A. Boone.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiff's motion to certify class (ECF No. 12), currently set for December 12, 2022, is CONTINUED to **February 15, 2023**, at **10:00 a.m.**, in **Courtroom 9** before Magistrate Judge Stanley A. Boone;

2. The opposition to the motion to certify class shall be filed and served no later than **February 1, 2023**;

3. Any reply briefing shall be filed and served no later than **February 8, 2023**; and

4. The parties shall file a joint status report no later than **December 13, 2022**, with respect to whether they are attending mediation.

IT IS SO ORDERED.

Dated: **November 28, 2022**

UNITED STATES MAGISTRATE JUDGE