# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. SALCEDO, | Case No. 1:22-cv-00640-ADA-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO CONTINUE HEARING ON MOTION TO CERTIFY CLASS AND ON MOTION TO STRIKE |
| v. | |
| PACIFIC GRAIN & FOODS, LLC, | (ECF No. 22) |
| Defendant. | |

Plaintiff initiated this action on May 27, 2022. (ECF No. 1.) On November 1, 2022, Plaintiff filed a motion to certify class, that is currently set for hearing on February 15, 2023. (ECF No. 12.) Defendant then appeared and filed an answer in this action on November 18, 2022. (ECF No. 18.) On November 28, 2022, when continuing the hearing on the motion to certify, the Court ordered the parties to file a status report regarding mediation. (ECF No. 21.)

On December 9, 2022, the parties filed a stipulation agreeing to the continuance of the motion to certify hearing and a potentially forthcoming motion to strike, in light of a mediation scheduled on March 20, 2023. (ECF No. 22.) The Court finds good cause to grant the parties stipulated motion.

/ / /

/ / /

/ / /

Accordingly, pursuant to the agreement of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1.    The hearing on Plaintiff's motion to certify class (ECF No. 12), currently set for February 15, 2023, is CONTINUED to **April 19, 2023**, at **10:00 a.m.**, in **Courtroom 9** before Magistrate Judge Stanley A. Boone;

2.    Plaintiff's forthcoming motion to strike the answer shall be set for hearing on April 19, 2023;

3.    Plaintiff's forthcoming motion to strike the answer shall be filed and served no later than twenty-one (21) days prior to the April 19, 2023 hearing;

4.    Defendant's opposition to both the motion to certify class and motion to strike shall be filed no later than fourteen (14) days prior to April 19, 2023 hearing; and

5.    Plaintiff's reply briefing shall be filed and served no later than fourteen (7) days prior to April 19, 2023 hearing.

IT IS SO ORDERED.

Dated:   __**December 9, 2022**__

_____
UNITED STATES MAGISTRATE JUDGE