# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. SALCEDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC GRAIN & FOODS, LLC,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00640-ADA-SAB<br><br>ORDER RE STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; VACATING MOTION TO CERTIFY CLASS AND MOTION TO STRIKE DEFENDANT'S ANSWER<br><br>(ECF Nos. 12, 22, 26) |

Plaintiff initiated this putative class action on May 27, 2022. (ECF No. 1.) On November 1, 2022, Plaintiff filed a motion to certify a class. (ECF No. 12.) The hearing on the class certification motion was originally set for December 12, 2022, but was continued multiple times pursuant to party stipulation. (See ECF Nos. 12, 20, 21.) Defendant answered on November 18, 2022. (ECF No. 18.) On December 9, 2022, the parties filed a stipulation in which they proffered Plaintiff intended to file a motion to strike Defendant's answer as untimely, the parties were attending mediation around March 20, 2023, and the parties requested to continue the hearing on Plaintiff's class certification motion and the anticipated motion to strike the answer to approximately 30 days after the March 20, 2023 mediation. (ECF No. 22.) The Court granted this stipulation and continued the hearing on Plaintiff's class certification motion and motion to strike Defendant's answer. (ECF No. 23.) The hearing on these motions is currently set for April 26,

1   2023.  (See ECF No. 24.)

2   On March 27, 2023, the parties filed a stipulated request for Plaintiff to file an amended complaint.  (ECF No. 26.)  The parties proffer they attended mediation and agreed to narrow the class definition in Plaintiff's putative class action by settling the action as to the Nut House facility employees and proceeding on claims as to the Nut House facility workers only.  The parties request leave for Plaintiff to file the attached proposed amended complaint (ECF No. 26 at 37–69).

The parties further proffer they are in the process of drafting a long-form settlement agreement with respect to the Nut House facility employees for the Court's review and approval, which they expect to have finalized and executed within the next 60 days.  At that time, the parties proffer Plaintiff will file a motion for preliminary approval.

With respect to the pending motions to certify class and strike Defendant's answer, the parties proffer these motions will be rendered moot "in light of the Parties' settlement," and request the Court vacate the hearing on these motions.  It was not entirely clear what the parties meant by this statement; therefore, the Court held an informal conference with the parties to gain clarification.

The parties appeared for an informal hearing to clarify their stipulated request on March 30, 2023. (ECF No. 27.)  Counsel Andrew Woo appeared by videoconference for Defendant.  Counsel Craig Ackermann appeared by telephonic conference for Plaintiffs.

Following the informal status conference, the Court finds good cause exists to grant the parties' stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request for Plaintiff to file a first amended complaint (ECF No. 26) is GRANTED, as follows:

2. Plaintiff SHALL FILE the proposed first amended complaint **no later than ten days** after entry this order;

3. Plaintiff SHALL FILE the proposed motion for preliminary approval **no later than May 24, 2023**; and

4. Plaintiff's initial class certification motion (ECF No. 12) and anticipated motion to strike answer (which was never filed) are hereby rendered MOOT, and the April 26,

2023 hearing on these motions is VACATED.

IT IS SO ORDERED.

Dated:   **March 30, 2023**   

UNITED STATES MAGISTRATE JUDGE