**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann (SBN 229832)
cja@ackermanntilajef.com
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

Attorneys for Plaintiff, the Putative Class, the LWDA, and the Aggrieved Employees

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. SALCEDO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GRAIN & FOODS, LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 1:22-cv-00640-ADA-SAB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   July 10, 2023<br>Time:   1:30 p.m.<br>Judge:  Hon. Ana de Alba<br>Dept.:  Courtroom 1, 8th Floor<br><br>Action Filed: May 27, 2022<br>FAC Filed: April 3, 2023 |

**NOTICE IS HEREBY GIVEN** that, on July 10, 2023 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 1, 8th Floor of the United States District Court for the Eastern District of California, located at the Robert Coyle United States Courthouse at 2500 Tulare Street in Fresno, California, before the Honorable Judge Ana de Alba pursuant to Fed. R. Civ. P. 23(e) and (g), Plaintiff Sandra L. Salcedo ("Plaintiff"), individually and on behalf of all others similarly situated, will and does hereby move this Court for entry of an Order:

1. Preliminarily certifying the class for purposes of Settlement;

2. Preliminarily appointing Plaintiff as Class Representative for purposes of settlement;

3. Preliminarily appointing Craig J. Ackermann, Esq. and Avi Kreitenberg, Esq. of Ackermann & Tilajef, P.C. as Class Counsel for purposes of settlement;

4. Preliminarily approving the settlement as fair, adequate, and reasonable, based upon the terms set forth in the Parties' Joint Stipulation re: Class Action Settlement ("Settlement Agreement"), including payment by Defendant Pacific Grain & Foods, LLC ("Pacific Grain" or "Defendant") of the non-reversionary Gross Settlement Amount ("GSA") of $100,000 for a class of approximately 85 current and former non-exempt employees at Defendant's Nut House facility located at 4603 N. Brawley #104, Fresno, CA 93722 (hereinafter referred as "Defendant's Nut House facility");

5. Preliminarily approving a Service Award of $7,500 for the named Plaintiff from the GSA in recognition of her significant service to the Settlement Class;

6. Preliminarily approving Plaintiff's Counsel's request for up to 30% of the GSA as attorneys' fees (i.e., up to $30,000), plus reimbursement of actual litigation costs incurred in litigating and resolving this case up to $10,000;

7. Preliminary approving a payment to Labor & Workforce Development Agency for its share of the civil penalties pursuant to PAGA in the amount of $3,750;

8. Appointing CPT Group, Inc. as the third-party Settlement Administrator for mailing notices and for settlement administration, approving that up to $10,000 be deducted from the GSA for the costs of settlement administration; and

9. Approving the proposed Class Notice and Share Form and ordering they be disseminated to the class as provided in the Settlement Agreement.

1   This motion is based upon the supporting Memorandum of Points and Authorities, the Declarations of Craig J. Ackermann and Sandra L. Salcedo, the Settlement Agreement, the proposed Class Notice and Share Form, and the other papers and exhibits filed herewith.

Dated: May 23, 2023

Respectfully submitted,
ACKERMANN & TILAJEF, P.C.

By:   */s/ Craig J. Ackermann*
Craig J. Ackermann, Esq.

Attorneys for Plaintiff and the
putative Settlement Class